**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | CATHERINE GONZALEZ, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 15-10628 ELF |

# O R D E R

**AND NOW**, for the reasons stated in the accompanying Opinion, it is hereby

**ORDERED** that:

1. The City of Philadelphia's Objections to Confirmation of the Debtor's Fourth Amended Chapter 13 Plan are **OVERRULED** due to the City's lack of standing.

2. Jian Zhu Lin's Objections to Confirmation of the Debtor's Fourth Amended Chapter 13 Plan is, described in Part II. of the Memorandum as Objection Nos. 1 and 2, are **OVERRULED** .

3. Jian Zhu Lin's remaining Objections to Confirmation of the Debtor's Fourth Amended Chapter 13 Plan shall be considered at the next confirmation hearing, which shall be held on **June 7, 2016, at 2:00 p.m., on a "must-be tried" basis**.

Date: **May 18, 2016**

                                         **ERIC L. FRANK**
                                         **CHIEF U.S. BANKRUPTCY JUDGE**